UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
**Caption in compliance with D.N.J. LBR 9004-2(c)**

Eric R. Perkins, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
40 West Ridgewood Avenue
Ridgewood, New Jersey 07450
Telephone:  (201) 445-6722
Facsimile:  (201) 445-5376
E-Mail:  eperkins@mdmc-law.com
*Attorneys for Nicholas J. Delzotti,*
*Chapter 7 Trustee for Debtors*

In re:

BRIAN KARWOSKI AND MERITA KARWOSKI,

Debtors.

Case No.:  13-29493 (DHS)

Chapter 7

Judge:  Hon. Donald H. Steckroth, U.S.B.J.

Recommended Local Form:    ☒ Followed    ☐ Modified

**CERTIFICATION OF PROFESSIONAL IN SUPPORT OF
APPLICATION FOR RETENTION OF PROFESSIONAL**

I, Mitchell B. Seidman, Esq., being of full age, certify as follows:

1.    I am seeking authorization to be retained as Special Counsel to Nicholas J. Delzotti, Chapter 7 Trustee for the Bankruptcy Estate of Debtors, to pursue claims related to the Debtor, Brian Karwoski's interest in Brick City Bar & Grill, LLC, Amber Marketing, LLC, Amber Sky Home Mortgage, LLC and fraudulent transfer claims arising from the transfer of assets from Amber Marketing, LLC to Amber Sky Home Mortgage, LLC (the "Claims").

2.    My professional credentials include:  I am a member of the bar of the State of
New Jersey and State of New York, as well as the United States District Court for
the District of New Jersey, and the United States District Courts for the  Southern
and Eastern Districts of New York.  I regularly practice in the bankruptcy area,
including bankruptcy adversary proceedings and fraudulent transfer and related
cases such as cases contemplated by my present retention as special counsel.

3.    I am the Managing Member of the firm of:   Seidman & Pincus, LLC ("S&P)
located at 777 Terrace Avenue, Suite 508, Hasbrouck Heights, New Jersey 07604.

4.    The proposed arrangement for compensation, including hourly rates, if applicable,
is as follows:   Contingent Fee Basis.  S&P will be entitled to a contingent fee
equal to 35% of all amounts recovered.  See Retainer Agreement attached hereto.

5.    To the best of my knowledge, after reasonable and diligent investigation, my
connection with the debtor(s), creditors, any other party in interest, their
respective attorneys and accountants, the United States trustee, or any person
employed in the office of the United States trustee, is as follows:

☐   None

☒   Describe connection: S&P represents the creditor TD Bank, NA in unrelated
matters.  Our representation of TD Bank, NA as such does not create a conflict
herein because our proposed retention as Special Counsel herein contemplates our
pursuing claims for the Estate, to effect recoveries for the Estate and its creditors,
including TD Bank, NA.

6.    To the best of my knowledge, after reasonable and diligent investigation, the
connection of my firm, its members, shareholders, partners, associates, officers
and/or employees with the debtor(s), creditors, any other party in interest, their
respective attorneys and accountants, the United States trustee, or any person
employed in the office of the United States trustee, is as follows:

☐   None

☒ Describe Connection:  See Paragraph 5 above.

7.    To the best of my knowledge, my firm, its members, shareholders, partners,
associates, officers and/or employees and I (check all that apply):

☒ do not hold an adverse interest to the estate.

☒  do not represent an adverse interest to the estate.

☒ are disinterested under 11 U.S.C. § 101(14).

☒  do not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which I will be retained under 11 U.S.C. § 327(e).
☐ Other. Explain:  _____

8.    If the professional is an auctioneer,  Not Applicable _____

   a.   A surety bond in accordance with D.N.J. LBR 2014-1(B)(2) is attached.
            ☐  Yes        ☒  No

   b.   My qualifications and previous experience as an auctioneer include:
   _____
   c.   Have you or any member of your firm ever been convicted of any criminal offense, other than motor vehicle violations?        ☐  Yes            ☒  No
   If yes, explain:_____

9.    If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows:
            Not Applicable
   _____

      I certify that the foregoing statements made by me are true. I am aware that if any

of the foregoing statements made by me are willfully false, I am subject to punishment.


Date: November 14, 2013                /s/Mitchell B. Seidman, Esq.
                              Signature of Professional


                               Mitchell B. Seidman, Esq.
                              Name of Professional