

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
**Caption in compliance with D.N.J. LBR 9004-2(c)**

Eric R. Perkins, Esq.
Mcelroy, Deutsch, Mulvaney & Carpenter, LLP
40 West Ridgewood Avenue
Ridgewood, New Jersey 07450
Telephone: (201) 445-6722
Facsimile: (201) 445-5376
E-Mail: eperkins@mdmc-law.com
*Attorneys for Nicholas J. Delzotti,*
*Chapter 7 Trustee for Debtors*

In re:

BRIAN KARWOSKI AND MERITA KARWOSKI,

Debtors.

Case No.: 13-29493 (DHS)

Chapter 7

Judge: Hon. Donald H. Steckroth, U.S.B.J.

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER AUTHORIZING RETENTION OF PROFESSIONAL LAW OFFICES OF SEIDMAN & PINCUS, LLC AS SPECIAL COUNSEL

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: 11/22/2013**

Honorable Donald H. Steckroth
United States Bankruptcy Judge

**(Page 2)**
Debtors: Brian Karwoski and Merita Karwoski
Case No: 13-29493 (DHS)
Caption of Order: Order Authorizing Retention of Seidman & Pincus LLC as Special Counsel

---

(check all that apply)  ☒ Trustee:   ☒ Chap. 7   ☐ Chap. 11   ☐ Chap. 13.
                       ☐ Debtor:   ☐ Chap. 11   ☐ Chap. 13
                       ☐ Official Committee of _____

Name of Professional:   <u>Mitchell B. Seidman, Esq.</u>
Address of Professional:   <u>Seidman & Pincus, LLC</u>
                                   <u>777 Terrace Avenue, Suite 508</u>
                                   <u>Hasbrouck Heights, New Jersey 07604</u>

☐ **Attorney for** (check all that apply):
     ☐ Trustee   ☐ Debtor-in-Possession

     ☐ Official Committee of _____

☐ Accountant for:
     ☐ Trustee   ☐ Debtor-in-Possession

     ☐ Official Committee of _____

**X** Other Professional:
     ☐ Realtor   ☐ Appraiser   **X** Special Counsel   ☐ Auctioneer

     ☐ Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby **ORDERED** as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefore.

3. The effective date of the retention is the date the application was filed with the U.S. Bankruptcy Court.

*Approved by Judge Donald H. Steckroth November 22, 2013*